IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHERYL NEWDIGGER,

      Plaintiff,

v.                                                                  Case No.  21-2303-JWB

MILLER'S PROFESSIONAL IMAGING,

      Defendant.

**ORDER**

This matter is before the court on Defendant's motion for summary judgment.  (Doc. 69.) The motion has been fully briefed and is ripe for decision. (Docs. 70, 73, 80.)  Plaintiff claims that Defendant terminated her employment because of her age in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 623.  (Doc. 68 at 10.)  Defendant has now moved for summary judgment on Plaintiff's claim and, alternatively, moved for summary judgment on Plaintiff's claim for liquidated damages and its affirmative defense that Plaintiff failed to mitigate damages.  (Doc. 70.)  After carefully reviewing the record, it is clear that there are genuine disputes of material fact as to Plaintiff's claim.  While Defendant has set forth legitimate, nondiscriminatory reasons for its decision to terminate Plaintiff's employment, which include a loss of business due to COVID-19 and Plaintiff's productivity, Plaintiff has cast sufficient doubt on Defendant's justifications by pointing to statements made by decisionmakers, the retention of a younger employee who had a lower productivity rating than Plaintiff, evidence that those involuntarily terminated in the customer service department were two of the four oldest employees in that department, termination of an older employee who had a high productivity rating, and other evidence tending to show that Defendant's proffered explanations could be pretextual.  Further, in light of the evidence presented

by Plaintiff, the court declines to rule on Defendant's motion for summary judgment on Plaintiff's claim for liquidated damages as such a ruling would be premature and is best left for consideration upon a timely Rule 50 motion after hearing the evidence at trial.  With respect to Defendant's motion for summary judgment on its defense of failure to mitigate, there are genuine disputes of material fact as to whether Plaintiff acted reasonably in finding suitable employment after her termination.  Therefore, this issue is also one for the jury.

Defendant's motion for summary judgment (Doc. 69) is accordingly DENIED.  The parties are further notified that this case will be tried at the United States Courthouse in Wichita, Kansas, on the currently scheduled trial date.  This represents a change from the trial location specified in the pretrial order.

IT IS SO ORDERED.  Dated this 17th day of April 2023.

                                                             s/ John W. Broomes  
                                                           JOHN W. BROOMES  
                                                           UNITED STATES DISTRICT JUDGE